**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 618 MAL 2023

Respondent

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v.

KENT POWE,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.